1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOSE A.V. NAVA,                              No. CIV S-08-0953-JAM-CMK-P

12                Petitioner,

13          vs.                                        <u>ORDER</u>

14   D.K. SISTO, et al.,

15                Respondents.

16   _____/

17          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole.  Pending before the

19   court is petitioner's petition for a writ of habeas corpus (Doc. 1), filed on May 5, 2008.

20          The court has examined the petition as required by Rule 4 of the Federal Rules

21   Governing Section 2254 Cases.  It does not plainly appear from the petition and any attached

22   exhibits that petitioner is not entitled to relief.  <u>See</u> <u>id.</u>  Respondents, therefore, will be directed to

23   file a response to petitioner's petition.  <u>See</u> <u>id.</u>  If respondents answer the petition, such answer

24   must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases.  Specifically, an

25   answer shall be accompanied by any and all transcripts or other documents relevant to the

26   determination of the issue(s) presented in the petition.  <u>See</u> <u>id.</u>

1    The parties are informed that they may, if all consent in writing, have this case

2    assigned to a United States Magistrate Judge for all purposes while preserving their right to

3    appeal any final judgment directly to the United States Court of Appeals for the Ninth Circuit or,

4    where appropriate, to the United States Court of Appeals for the Federal Circuit.  See 28 U.S.C.

5    § 636(c)(1), (3); see also E.D. Cal. Local Rule 73-305(a), (c).  The parties are advised that they

6    are free to withhold consent and that doing so shall not result in any adverse substantive

7    consequences.  See § 636(c)(2).  If all parties consent to magistrate judge jurisdiction, the action

8    will be reassigned to the undersigned for all purposes, including entry of final judgment.  See

9    Local Rule 73-301 and Local Rule 73-305(b).

10    A review of the record reflects that petitioner has consented in writing to the

11    exercise of full jurisdiction by a magistrate judge.  (see Doc. 4).  The Clerk of the Court will be

12    directed to provide respondents with the appropriate form which respondents shall then

13    complete, indicating either consent or non-consent as respondents may choose, and file with the

14    court.

15    Accordingly, IT IS HEREBY ORDERED that:

16    1.    Respondents are directed to file a response to petitioner's petition within

17    60 days from the date of service of this order;

18    2.    Petitioner's traverse or reply (if respondents file an answer to the petition),

19    if any, or opposition or statement of non-opposition (if respondents file a motion in response to

20    the petition) shall be filed and served within 30 days of service of respondents' response;

21    3.    The Clerk of the Court is directed to forward to respondents the court's

22    "Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions"

23    along with the accompanying consent election form; and

24    4.    Respondents shall complete and file the consent election form within 30

25    days of the date of this order; and

26    / / /

1          5.      The Clerk of the Court shall serve a copy of this order, together with a

2    copy of petitioner's petition for a writ of habeas corpus on Michael Patrick Farrell, Senior

3    Assistant Attorney General.

4

5     DATED: July 16, 2008

6

7                                                    _____
                                                     **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3