IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE A.V. NAVA,                                            No. CIV S-08-0953-JAM-CMK-P

        Petitioner,

  vs.                                                              ORDER

D.K. SISTO,

        Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is a motion for reconsideration (Doc. 17) of the magistrate judge's May 23, 2008, order.

        Pursuant to Eastern District of California Local Rule 72-303(b), "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties."  Here, the motion for reconsideration of the magistrate judge's order was filed on September 29, 2008, which is more than 10 days from the date of service of the magistrate judge's order.[1]  The motion is, therefore,

---

[1] Pursuant to Houston v. Lack, 487 U.S. 266 (1988), for pro se prisoner litigants seeking reconsideration, the court has calculated the 10-day period from the date the motion was

1

untimely.

Accordingly, IT IS HEREBY ORDERED that the motion for reconsideration (Doc. 17) is denied as untimely.

DATED: 10/22/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

---

delivered to prison authorities for mailing to the court. Otherwise, the 10-day period has been calculated based on the date the motion for reconsideration was actually filed.